```
1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  William R. Pletcher  (212664)
   Special Assistant United States Attorney
5     1301 Clay Street, Suite 340S
      Oakland, CA 94612
6     Telephone: (510) 637-3680
      Fax: (510) 637-3724
7     E-Mail: Will.Pletcher@usdoj.gov

8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR10-00470 SBA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] TIME PURSUANT TO THE |
| v. | ) | SPEEDY TRIAL ACT |
| | ) | |
| LUCIO LERMA LOPEZ, | ) | Date:  June 23, 2010 |
| | ) | Time:  10:00 a..m. |
| Defendant. | ) | Court:  Hon. Donna M. Ryu |
| | ) | |

Defendant Lucio Lerma Lopez appeared at a status conference before the Court on June 23, 2010.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from June 23, 2010 to July 13, 2010.  The parties agreed, and the Court found and held, as follows:

    1.    Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have time to investigate and prepare for the trial of this matter, taking into account the exercise of due diligence.

    2.    Given these circumstances, the Court found that the ends of justice served by excluding the period from June 23, 2010 to July 13, 2010, from Speedy Trial Act calculations

1  outweighs the interests of the public and the defendant in a speedy trial by allowing for the
2  defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).
3        IT IS HEREBY ORDERED that:
4            With the consent of defendant Lucio Lerma Lopez, the period from June 23, 2010
5  to July 13, 2010, is excluded from the Speedy Trial Act calculations for effective preparation of
6  counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

8  IT IS SO ORDERED

10 DATED: June 25, 2010

   _____
   DONNA M. RYU
11 United States Magistrate Judge

13 Approved As To Form:

15    /s/                                          /s/
   _____      _____
   WILLIAM R. PLETCHER                   COLLEEN MARTIN
16 Special Assistant United States Attorney  Assistant Federal Public Defender
   Counsel for United States             Counsel for Defendant Lucio Lerma Lopez