BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant LERMA LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00470 SBA |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| vs. ) | |
| ) | |
| LUCIO LERMA LOPEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for July 13, 2010 before the Honorable Saundra Brown Armstrong, is VACATED and RESET to July 27, 2010, at 9:00 a.m.

IT IS FURTHER ORDERED that the time from the date of this Order to July 27, 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the

1  defendant in a speedy and public trial and the failure to grant the requested continuance would
2  unreasonably deny counsel the reasonable time necessary for effective preparation, taking into
3  account due diligence, given the need for the government to obtain and provide additional
4  discovery to the defense, and the defense to review that discovery and to investigate the case.
5       SO ORDERED.
6
7  DATED:7/9/10                                     _____
                                            SAUNDRA BROWN ARMSTRONG
8                                               United States District Judge

*U.S. v. Lerma Lopez*, CR 10-470 SBA
[Proposed] Order                      2