1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant LERMA LOPEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. CR 10-00470 SBA
                                     )
12              Plaintiff,           )   ORDER
                                     )
13  vs.                              )
                                     )
14  LUCIO LERMA LOPEZ,               )
                                     )
15              Defendant.           )
    _____)
16

17

18                        **ORDER**

19          GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS

20  HEREBY ORDERED that the status date in this case, currently scheduled for July 27, 2010

21  before the Honorable Saundra Brown Armstrong, is VACATED and RESET to September 14,

22  2010, at 9:00 a.m.

23          IT IS FURTHER ORDERED that the time from the date of this Order to September 14,

24  2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C.

25  §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel and for continuity of defense

26  and government counsel.  The Court finds that the ends of justice served by the granting of the

1  continuance outweigh the best interests of the public and the defendant in a speedy and public

2  trial and the failure to grant the requested continuance would unreasonably deny counsel the

3  reasonable time necessary for effective preparation, taking into account due diligence, given the

4  need for the defense to conduct investigation, and would deny continuity of counsel, given the

5  absence of both government and defense counsel during a portion of that time.

6           SO ORDERED.

7

8  DATED:_7/27/10                          _____

9                                          SAUNDRA BROWN ARMSTRONG
                                           United States District Judge