BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant LERMA LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00470 SBA |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER |
| ) | |
| vs. ) | |
| ) | |
| LUCIO LERMA LOPEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

# ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for September 28, 2010 before the Honorable Saundra Brown Armstrong, is VACATED.  The matter is referred to the duty magistrate judge for a change of plea on October 14, 2010, at 9:30 a.m.

IT IS FURTHER ORDERED that this matter is scheduled for judgment and sentencing in Department 1 of this Court, Judge Saundra Brown Armstrong presiding, on January 11, 2011 at 10:00 a.m.

IT IS FURTHER ORDERED that the time from September 28, 2010 to October 14,

1  2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C.

2  §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.  The Court finds that the ends

3  of justice served by the granting of the continuance outweigh the best interests of the public and

4  the defendant in a speedy and public trial and the failure to grant the requested continuance

5  would unreasonably deny counsel the reasonable time necessary for effective preparation, taking

6  into account due diligence, given the need for the defense to conduct investigation and for

7  defense counsel to consult with the defendant.

8      SO ORDERED.

9

10  DATED:9/17/10

                           SAUNDRA BROWN ARMSTRONG
11                             United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*U.S. v. Lerma Lopez*, CR 10-470 SBA
[Proposed] Order                          2