MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WILLIAM R. PLETCHER (212664)
Special Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Will.Pletcher@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR10-00470 SBA |
|    Plaintiff, ) | |
| v. ) | TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| LUCIO LERMA LOPEZ, ) | Date: October 14, 2010 |
|    Defendant. ) | Time: 10:00 a..m. |
| ) | Court: Hon. Donna M. Ryu |

     Defendant Lucio Lerma Lopez appeared at a status conference before the Court on October 14, 2010.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from October 14, 2010 to November 9, 2010.  The parties agreed, and the Court found and held, as follows:

     1.    Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have time to investigate and prepare for the trial of this matter, taking into account the exercise of due diligence.

     2.    Given these circumstances, the Court found that the ends of justice served by

ORDER RE: TIME EXCLUSION
CR-10-00470-SBA

excluding the period from October 14, 2010 to November 9, 2010, from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

With the consent of defendant Lucio Lerma Lopez, the period from October 14, 2010 to November 9, 2010, is excluded from the Speedy Trial Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED: October 15, 2010

_____
DONNA M. RYU
United States Magistrate Judge

Approved As To Form:

_____/s/_____     _____/s/_____
WILLIAM R. PLETCHER                          COLLEEN MARTIN
Special Assistant United States Attorney     Assistant Federal Public Defender
Counsel for United States                    Counsel for Defendant Lucio Lerma Lopez