1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant LERMA LOPEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   No. CR 10-00470 SBA (LB)
                                     )
12 |         Plaintiff,               )   STIPULATION AND [PROPOSED]
                                     )   ORDER
13 | vs.                              )
                                     )   Date: November 12, 2010
14 | LUCIO LERMA LOPEZ,               )   Time: 10:00 a.m.
                                     )
15 |         Defendant.               )
   |_____)
16

17     The above-captioned matter is set on November 12, 2010 before this Court for a status

18 hearing.  The parties jointly request that the matter be set for a change of plea on November 18,

19 2010 at 10:00 a.m.  The parties further request that the Court exclude time under the Speedy

20 Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between the date of this Stipulation and

21 November 18, 2010.

22     Mr. Lerma Lopez is charged with one count of illegal reentry into the United States after

23 deportation in violation of 8 U.S.C. § 1326.  The parties have not been able to reach a resolution,

24 but Mr. Lerma Lopez is prepared to change his plea without a plea agreement.

25     The requested continuance will allow the defense time review relevant prior records and

26 to consult with the defendant.  The failure to grant such a continuance would unreasonably deny

1 counsel the reasonable time necessary for effective preparation, taking into account the exercise
2 of due diligence.
3     The parties further stipulate and agree that the time from the date of this Stipulation to
4 November 18, 2010, should be excluded in accordance with the provisions of the Speedy Trial
5 Act, 18 U.S.C. §§ 3161(h)(7)(A), on the basis that the ends of justice are served by taking such
6 action which outweigh the best interest of the public and the defendant in a speedy trial and also
7 under 18 U.S.C. § 3161(h)(7)(B)(iv) for effective preparation of counsel, taking into account the
8 exercise of due diligence.

9

10 DATED:     November 4, 2010             /S/
    WILLIAM R. PLETCHER
11     Special Assistant United States Attorney

12
  DATED:     November 3, 2010             /S/
13     COLLEEN MARTIN
    Assistant Federal Public Defender
14

15

16                         SIGNATURE ATTESTATION

17     I hereby attest that I have on file all holograph signatures for any signatures indicated by
18 a "conformed" signature (/S/) within this e-filed document.

19

20

21

22

23

24

25

26

*U.S. v. Lerma Lopez*, CR 10-470 SBA
Stipulation and [Proposed] Order        2

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for November 12, 2010 is VACATED. The matter is set for a change of plea on November 18, 2010, at 9:30 a.m.

IT IS FURTHER ORDERED that the time from the date of this Order to November 18, 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence, given the need for the defense to conduct investigation and for defense counsel to consult with the defendant.

SO ORDERED.

DATED: November 5, 2010

LAUREL BEELER
United States Magistrate Judge

*U.S. v. Lerma Lopez*, CR 10-470 SBA
Stipulation and [Proposed] Order            3